

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> February 25, 2008
>
> Application Granted.
> Written status by 3/3/08 &
> Noon + conference on 3/5/08
> @ 9:15 A.M.
>
> SO ORDERED:
> Date: 2/26/08      /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

Re:   United States v. $49,000 in United States Currency,
      07 Civ. 10629 (RMB)

Dear Judge Berman:

    The Government writes in connection with the status conference that was scheduled for today in the above-captioned case. Please accept the Government's apology for its failure to appear on the matter. February 25 was marked down in my calendar as a control date by which the Government was to inform the Court whether or not it intended to move for a default judgment in this case. Clearly that was in error, and the matter was down for a conference. Again, the Government apologizes for inconveniencing the Court.

    Based on the Government's recent review of the docket in this case, it appears that no party has, as yet, filed a claim or answer, and the Government had intended to inform the Court today of its intention to seek a default judgment. However, according to a voicemail left by your chambers, an attorney appeared this morning in connection with the case. The Government respectfully suggests that it contact opposing counsel and then provide the Court with a written case status update by Monday, March 3, 2008. Of course, the Government is available at any time should Your Honor prefer that the parties appear for a rescheduled conference.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Sharon E. Frase
Sharon E. Frase
Assistant United States Attorney
Telephone: (212) 637-2329
Facsimile: (212) 637-0421

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08