

**U.S. Department of Justice**

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007


RECEIVED
MAR 03 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

March 3, 2008

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **United States v. $49,000 in United States Currency**,
            07 Civ. 10629 (RMB)

Dear Judge Berman:

      The Government writes in response to the Court's request for a case status update in the above-captioned case. Last week the Government contacted Edward Wilford, Esq., the attorney for Pedro Pabon, who filed a claim in connection with the underlying administrative forfeiture in this matter. Mr. Wilford confirmed that his client would not be pursuing a claim. As no party has filed a claim or answer in this action, the Government intends to submit to the Court an order to show cause why a default judgment should not be entered.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

        By:   Sharon E. Frase
               Assistant United States Attorney
               Telephone:  (212) 637-2329
               Facsimile:   (212) 637-0421

cc:  Edward Wilford, Esq.

---

*Handwritten endorsement:* Please file the O/S/C by noon on 3/7/08.

**SO ORDERED:**
Date: 3/3/08
*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08