*Berman, J*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON FRASE (SF-4906)
Assistant United States Attorney
One Saint Andrew's Plaza, Rm. 327
New York, NY 10007
Tel. (212) 637-2329

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                     Plaintiff,     :   ORDER TO SHOW CAUSE
              v.                    :   07 Civ. 10629 (RMB)
$49,000 IN UNITED STATES            :
CURRENCY,                           :
                                    :
              Defendant-in-Rem      :
------------------------------------X

Upon the motion of plaintiff United States of America for a default judgment and upon the annexed Declaration of Sharon Frase, Assistant United States Attorney, together with all exhibits attached thereto, it is hereby:

ORDERED that Assistant United States Attorney Sharon Frase and any individuals and entities who wish to oppose plaintiff's claim for forfeiture and assert an interest in the defendant-*in-rem* property appear before the Honorable Richard M. Berman, United States District Judge, Southern District of New York, in Courtroom 21D of the United States Courthouse, 500 Pearl Street, New York, New York, at 9:00 A.m. on the 1st day of April, 2008, to show cause why a default judgment should not be entered and the defendant-*in-rem* property forfeited to the

plaintiff United States of America according to law; and it is further

ORDERED that a copy of this Order and the papers upon which it is based shall be served by **3/26/08 @ 4:00PM**, 2008, upon any individual and/or entity known by the plaintiff to have an alleged interest in the defendant-in-rem by certified mail or Federal Express.

Dated:    New York, New York
         March **24**, 2008

                                               */s/ RMB*
                                         HONORABLE RICHARD M. BERMAN
                                         UNITED STATES DISTRICT JUDGE