```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA,

              Plaintiff,
                                          PROOF OF SERVICE
     -against-
                                          07 Civ. 10629 (RMB)
$49,000 IN UNITED STATES CURRENCY,

              Defendant-in-rem.
------------------------------------
```

Renee Spilker deposes and says:

I am employed with FSA in the Office of the United States Attorney for the Southern District of New York.

That on March 24, 2008, I served a copy of the Judge's Order to Show Cause, the Clerk's Certification, the Government's proposed Default Judgment and the Government's Declaration in Support of Default Judgment via Federal Express to:

    Edward D. Wilford
    20 Vesey Street, Suite 400
    New York, NY 10007

    Vincent Lamont Staples
    ███████████████
    Hampton, VA 23669

    Pedro Pabon
    ███████████████
    New York, NY 10035

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: March 24, 2008
      New York, New York

                                                   */s/ Renee Spilker*
                                                  RENEE SPILKER