MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,                :

        Plaintiff,              :      DEFAULT JUDGMENT

    - v -                             :      07 Civ. 10629 (RMB)

$49,000 IN UNITED STATES                 :
CURRENCY,
                                 :
        Defendant-in-rem.
------------------------------------x

        WHEREAS, on or about November 27, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem, $49,000 IN UNITED STATES CURRENCY (the "subject property") by the filing of a verified complaint;

        WHEREAS, on November 30, 2007, notice of the verified complaint was sent by certified mail, return receipt requested, to: Vince Lamont Staples, ███████████████, Hampton, VA 23669, Pedro Pabon, ███████████████████, New York, NY 10035, and Edward D. Wilford, █████████████████, New York, NY 10007, notifying them that they may have an interest in this action, and of their right to file a claim and answer and contest the forfeiture;

        WHEREAS, the foregoing are the only persons known by

the Government to have a potential interest in the subject property;

WHEREAS, notice of the verified complaint and <u>in rem</u> warrant against the subject property was published in the <u>New York Law Journal</u> on February 13, 2008, and proof of such publication was filed with the Clerk of this Court on March 19, 2008;

WHEREAS, no other claims or answers were filed or made in this action, and no other parties have appeared to contest the action to date, and requisite time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, Sharon Frase of counsel;

IT IS HEREBY ORDERED that:

1. Plaintiff United States of America shall have judgment by default against the subject property.

2. The subject property shall be, and the same hereby is, forfeited to the plaintiff United States of America.

3.  The United States Marshals Service shall dispose of the subject property, according to law.

Dated: New York, New York
       APRIL ~~31~~ 1, 2008

4. THE CLERK IS RESPECTFULLY REQUESTED TO CLOSE THIS CASE.

SO ORDERED:

*/RMB/*

HONORABLE JUDGE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE